IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CORY LEE STOKES,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 5:24-CV-51-RWS-JBB |
| | § | |
| SHERIFF JEFF NEAL, ET AL.,<br>Defendants. | §<br>§<br>§ | |

## **ORDER**

Plaintiff Cory Lee Stokes, a former inmate proceeding *pro se*, filed this civil action complaining of alleged violations of his constitutional rights. Docket No. 1. The lawsuit was referred to United States Magistrate Judge J. Boone Baxter.

On March 11, 2025, the Magistrate Judge issued a Report and Recommendation recommending Plaintiff's claims be dismissed without prejudice for failure to prosecute or to obey an order of the Court. Docket No. 8. Plaintiff received a copy of this Report on March 14, 2025, but filed no objections. *See* Docket No. 9. Because no objections have been received, Plaintiff is barred from *de novo* review by the District Judge of the Magistrate Judge's proposed findings, conclusions, and recommendations. Moreover, except upon grounds of plain error, an aggrieved party is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203- RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in the above-captioned case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are

filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 8) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled civil rights lawsuit is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or to obey an order of the Court.

**So ORDERED and SIGNED this 17th day of April, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE